# United States District Court

## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA

    v.

RICHARD L. MORSE
[DOB:   01/22/1978],

COUNT ONE:   Felon in Possession of a Firearm
18 U.S.C. §§ 922(g)(1) and 924(a)(2)
NMT 10 years' imprisonment
NMT $250,000 fine
NMT 3 years' supervised release
Class C felony

$100 Mandatory Special Assessment Each Count

## CRIMINAL COMPLAINT

**Case Number:** 19-MJ-00132-JTM (LMC)

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

<u>COUNT ONE</u>

On or about August 07, 2019, in the Western District of Missouri, the defendant, RICHARD L. MORSE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit a Taurus Model PT92AF, 9mm semi-automatic handgun Serial Number TGM04035 and a Stevens, Model 320, 12 gauge shotgun bearing Serial Number 132135J, and the firearms were in and affecting commerce.   All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

I further state that I am Detective Frank Rorabaugh of the Kansas City Police Department and that this complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof:   ⊠  Yes   ☐  No.

_____
Frank Rorabaugh, Detective
Kansas City Police Department

Sworn to before me and subscribed in my presence,

**August 8, 2019**                                    at          Kansas City, Missouri
_____                                         _____
Date                                                                      City and State

Lajuana M. Counts, United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

